## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: WILLIS, BRIAN L<br>WILLIS, COLENE M | § Case No. 08-03421<br>§<br>§<br>§ |
| Debtor(s) | § |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 on 11/20/09 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, Illinois.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed: _09/14/2009_____    By: _/s/DEBORAH K. EBNER_____
                                                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WILLIS, BRIAN L                                    §    Case No. 08-03421
       WILLIS, COLENE M                                   §
                                                          §
                                                          §
Debtor(s)                                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 35,004.55 |
| *and approved disbursements of* | $ 1,840.00 |
| *leaving a balance on hand of* [1] | $ 33,164.55 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 4,250.46 | $ 11.28 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West | $ 1,247.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 309,389.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Yellow Book USA | $ 3,939.00 | $ 352.10 |
| 2 | Mendota Reporter | $ 1,036.44 | $ 92.65 |
| 3 | Recovery Management Systems Corporation | $ 5,818.45 | $ 520.10 |
| 4 | Sun-Rys Distributing Corp | $ 321.20 | $ 28.71 |
| 5 | Chase Bank USA,N.A | $ 229.99 | $ 20.56 |
| 6U | First State Bank | $ 32,588.89 | $ 2,913.07 |
| 7 | First State Bank | $ 31,381.01 | $ 2,805.10 |
| 8 | First State Bank | $ 210,751.85 | $ 18,838.78 |
| 9 | GE Commercial Finance | $ 20,191.00 | $ 1,804.84 |
| 10 | Roundup Funding, LLC | $ 3,131.25 | $ 279.90 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By:  /s/DEBORAH K. EBNER
                                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Oct 14, 2009
Case: 08-03421               Form ID: pdf006           Total Noticed: 80


The following entities were noticed by first class mail on Oct 16, 2009.
```
db/jdb      +Brian L Willis,   Colene M Willis,   4225 E 4th Rd.,   Mendota, IL 61342-9303
aty         +David M Kaleel,   806 Jefferson Street,   Mendota, IL 61342-1653
tr          +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
11952464    +American Marketing & Publishing,   P O Box 982,   DeKalb, IL 60115-0982
11952465    +Aramark Uniform Services,   P O Box 7177,   Rockford, IL 61126-7177
11952466    +B & M Motorsports, Inc,   1811 S 13th Ave,   Mendota, IL 61342-9739
11952468     BRP US Inc,   451 E. IL Ave,   Benton, IL  62812
11952467    +Brads Tree Service, Inc,   1709 Shaw Rd,   Amboy, IL 61310-9718
11952470    +CMSI,   P O Box 969,   Preston, WA 98050-0969
11952469    +Central Radio Group, Inc.,   P O Box 69,   Princeton, IL 61356-0069
13616835    +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
11952472    +Contracted Services Of MCH,   1315 Meriden St,   Mendota, IL 61342-1029
11952473    +Convert-A-Ball Dist., Inc,   P O Box 199,   Sidney, NE 69162-0199
14137218    +Country Mutual Ins. Co,   c/o Schwulst & Roseberry,   407 W Front, Ste. 2,
              Bloomington, IL 61701-5009
11952462     David M Kaleel,   61342-1653
11952474   +++First State Bank,   Richard J Berry,   Myers Berry O'Conor & Kuzman Ltd,
              130 East Madison Street,   Ottawa, IL 61350-5007
11952475    +GE Capital Solutions,   3225 Cumberland Blvd, Ste. 300,   Atlanta, GA 30339-3373
11952476    +GE Commercial Distributor Finance C,   75 Remittance Dr., Ste. 6999,   Chicago, IL 60675-6999
13781266    +GE Commercial Finance,   GE Commercial Recovery Service,   75 Remittance Drive Suite 1752,
              Chicago, IL 60675-1752
11952478    +Grassers Plumbing & Heating,   P O Box 8,   McNabb, IL 61335-0008
11952479    +Hidden Pictures Playground,   P O Box 4002862,   Des Moines, IA 50340-2862
11952480    +Hinson Clutch Components,   1630 W 11th St., Unit E,   Upland, CA 91786-3555
11952481    +Hometown Disposal,   747 E Etna Rd,   Ottawa, IL 61350-3777
11952482    +Hyosung Motors American, Inc,   5815 Brook Hollow Pkwy, Ste. B,   Norcross, GA 30071-3503
11952483    +Insight Business,   P O Box 740273,   Cincinnati, OH 45274-0273
11952484    +Interstate Battery Systems Of Central IL,   P O Box 373,   Washington, IL 61571-0373
11952485    +John Deere Credit,   P O Box 650215,   Dallas, TX 75265-0215
11952487    +Lakeview Food Shop,   P O Box 320,   Mendota, IL 61342-0320
11952488    +Lawns By Doughty,   206 S Poplar St,   Sublette, IL 61367-9417
11952489     Leone Polaris, Inc,   3053 E. 103rd Rd,   Peru, IL  61354
11952490    +Marshall Distributing, Inc,   P O Box 113,   Cass City, MI 48726-0113
11952491    +Mendota Comm. Hospital,   1315 Memorial Dr,   Mendota, IL 61342-1496
11952492    +Mendota Farmers Coop Supply,   P O Box 407,   Mendota, IL 61342-0407
11952493    +Mendota Reporter,   P O Box 300,   Mendota, IL 61342-0300
11952494    +Mendota Reporter,   C/O Transworld Systems,   P O Box 1864,   Santa Rosa, CA 95402-1864
11952495    +Mendota Shopping Guide,   504 9th St,   Mendota, IL 61342-1749
11952496    +Mendota True Value,   1201 Main St,   Mendota, IL 61342-1669
14137217    +Meriden Street Trailer Sales, Inc,   1208 13th Ave,   Mendota, IL 61342-1411
11952497    +Monroe Truck Equipment,   1051 West 7th St,   Monroe, WI 53566-9100
11952498    +Napa Auto & Truck Parts,   1311 Meriden St,   Mendota, IL 61342-1029
11952499    +News Tribune,   Acct. Dept.,   426 Second St,   LaSalle, IL 61301-2334
11952502    +Prescott Brothers, Inc.,   P O Box 708,   Mendota, IL 61342-0708
11952503    +Print Comm,   2929 Davison Rd,   Flint, MI 48506-3992
11952504    +Recreational Vehicle Expositions, Inc,   P O Box 1025,   Palatine, IL 60078-1025
11952506    +Retail Services,   P O Box 17264,   Baltimore, MD 21297-1264
11952505    +Retail Services,   P O Box 17602,   Baltimore, MD 21297-1602
11952507    +Rockford Industrial,   P O Box 5404,   Rockford, IL 61125-0404
11952508    +Royal Publishing,   7620 N Harker Dr,   Peoria, IL 61615-1857
11952510    +Southeast Publications,   4360 Peters Rd,   Ft. Lauderdale, FL 33317-4543
11952511    +Sprint,   P O Box 4191,   Carol Stream, IL 60197-4191
11952512    +St. Margaret's Health,   P O Box 189,   Spring Valley, IL 61362-0189
11952514    +Stag-Parkway, Inc,   P O Box 538159,   Atlanta, GA 30353-8159
11952513    +Stag-Parkway, Inc,   P O Box 405133,   Atlanta, GA 30384-5133
11952515    +Starcraft RV, Inc.,   P O Box 458,   Topeka, IN 46571-0458
11952516    +Stephenitch Ace Hardware,   P O Box 466,   Mendota, IL 61342-0466
11952517    +Sublette Farmers Elevator Co,   P O Box 289,   Sublette, IL 61367-0289
11952518     Sun-Rys Distributing Corp,   R.R. 1, Box 337,   Moline, IL  61265
11952519    +The RV Doctor,   1914 Tower Rd,   Sublette, IL 61367-9549
11952520    +Tri-R Distributing Inc,   P O Box 98,   Matteson, IL 60443-0098
11952521    +Trophy,   2730 Almac Ct,   Elkhart, IN 46514-7627
11952522    +UPS,   Lockbox 577,   Carol Stream, IL 60132-0001
11952525    +WFNNB Gordmans,   P O Box 659705,   San Antonio, TX 78265-9705
11952526    +WLPO/WAJK/WKOT,   1 Broadcast Lane,   Oglesby, IL 61348-9539
11952524    +Waste Management,   P O Box 4648,   Carol Stream, IL 60197-4648
11952460    +Willis Brian L,   4225 E 4th Rd,   Mendota, IL 61342-9303
11952461    +Willis Colene M,   4225 E 4th Rd,   Mendota, IL 61342-9303
11952527    +Wood True Value,   P O Box 110,   Sublette, IL 61367-0110
11952463    +Yellow Book - West,   P O Box 6448,   Carol Stream, IL 60197-6448
12088980    +Yellow Book USA,   c/o RMS Bankruptcy Recovery Services,   PO Box 5126,
              Timonium, Maryland 21094-5126
11952528    +Yellow Book USA,   2560 Renaissance Blvd,   King Of Prussia, PA 19406-2673
11952529    +Zales Credit Plan,   P O Box 689182,   Des Moines, IA 50368-9182

The following entities were noticed by electronic transmission on Oct 14, 2009.
11952471    +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                    Com Ed,
              Bill Payment Center,   Chicago, IL 60668-0001
11952477    +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2009 05:26:20   GE Money Bank,   P O Box 960061,
              Orlando, FL 32896-0061
11952486    +E-mail/PDF: cr-bankruptcy@kohls.com Oct 15 2009 05:26:37   Kohl's Payment Center,   P OBox 2983,
              Milwaukee, WI 53201-2983
```

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2               Date Rcvd: Oct 14, 2009
Case: 08-03421               Form ID: pdf006           Total Noticed: 80
```

The following entities were noticed by electronic transmission (continued)
```
11952500      +E-mail/Text: bankrup@nicor.com                    Nicor Gas,   P O Box 416,
               Aurora, IL 60568-0001
11952501      +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2009 05:26:20    Old Navy,   P O Box 530942,
               Atlanta, GA 30353-0942
13544291      +E-mail/PDF: rmscedi@recoverycorp.com Oct 15 2009 05:26:20
               Recovery Management Systems Corporation,   For GE Money Bank,   dba AQUAVANTAGE/GEMB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13810442       E-mail/PDF: BNCEmails@blinellc.com Oct 15 2009 05:25:14    Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
11952509      +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2009 05:26:20    Sam's Club,   P O Box 9001953,
               Louisville, KY 40290-1953
11952523      +E-mail/PDF: bankruptcyverizoncom@afni.com Oct 15 2009 05:25:24    Verizon North,   P O Box 9688,
               Mission Hills, CA 91346-9688
                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lois West
                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2009**                    **Signature:** _Joseph Speetjens_