**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: WILLIS, BRIAN L
      WILLIS, COLENE M

Case No. 08-03421

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $254,824.00 |
| Total Distribution to Claimants: $27,655.81 | Claims Discharged Without Payment: $310,889.27 |
| Total Expenses of Administration: $7,348.74 | |

3) Total gross receipts of $ 35,004.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $35,004.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,348.74 | 7,348.74 | 7,348.74 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,997.00 | 327,889.08 | 309,389.08 | 27,655.81 |
| **TOTAL DISBURSEMENTS** | $52,997.00 | $335,237.82 | $316,737.82 | $35,004.55 |

    4) This case was originally filed under Chapter 7 on February 14, 2008.
. The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/28/2010    By: /s/DEBORAH K. EBNER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Home located at 4225 E. 4th Rd., Mendota, IL 6 | 1110-000 | 35,000.00 |
| Interest Income | 1270-000 | 4.55 |
| **TOTAL GROSS RECEIPTS** | | **$35,004.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 4,250.46 | 4,250.46 | 4,250.46 |
| DEBORAH K. EBNER | 2200-000 | N/A | 11.28 | 11.28 | 11.28 |
| Lois West | 3410-000 | N/A | 1,247.00 | 1,247.00 | 1,247.00 |
| United States Treasury | 2810-000 | N/A | 548.00 | 548.00 | 548.00 |
| United States Treasury | 2820-000 | N/A | 548.00 | 548.00 | 548.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 372.00 | 372.00 | 372.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 372.00 | 372.00 | 372.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,348.74 | 7,348.74 | 7,348.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Yellow Book USA | 7100-000 | 2,245.00 | 3,939.00 | 3,939.00 | 352.10 |
| Mendota Reporter | 7100-000 | 1,036.00 | 1,036.44 | 1,036.44 | 92.65 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 5,818.45 | 5,818.45 | 520.10 |
| Sun-Rys Distributing Corp | 7100-000 | 270.00 | 321.20 | 321.20 | 28.71 |
| Chase Bank USA,N.A | 7100-000 | N/A | 229.99 | 229.99 | 20.56 |
| First State Bank | 7100-000 | N/A | 18,500.00 | 0.00 | 0.00 |
| First State Bank | 7100-000 | N/A | 32,588.89 | 32,588.89 | 2,913.07 |
| First State Bank | 7100-000 | N/A | 31,381.01 | 31,381.01 | 2,805.10 |
| First State Bank | 7100-000 | N/A | 210,751.85 | 210,751.85 | 18,838.78 |
| GE Commercial Finance | 7100-000 | 20,290.00 | 20,191.00 | 20,191.00 | 1,804.84 |
| Roundup Funding, LLC | 7100-000 | N/A | 3,131.25 | 3,131.25 | 279.90 |
| Stephenitch Ace Hardware | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Sprint | 7100-000 | 276.00 | N/A | N/A | 0.00 |
| Stag-Parkway, Inc | 7100-000 | 377.00 | N/A | N/A | 0.00 |
| Starcraft RV, Inc. | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| Southeast Publications | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Stag-Parkway, Inc | 7100-000 | 377.00 | N/A | N/A | 0.00 |
| St. Margaret's Health | 7100-000 | 50.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Account | Amount | | | |
|---|---|---|---|---|---|
| Sublette Farmers Elevator Co | 7100-000 | 633.00 | N/A | N/A | 0.00 |
| Sam's Club | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| Recreational Vehicle Expositions, Inc | 7100-000 | 1,708.00 | N/A | N/A | 0.00 |
| Print Comm | 7100-000 | 306.00 | N/A | N/A | 0.00 |
| Retail Services | 7100-000 | 1,246.00 | N/A | N/A | 0.00 |
| Retail Services | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| Prescott Brothers, Inc. | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| Rockford Industrial | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Royal Publishing | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| Verizon North | 7100-000 | 727.00 | N/A | N/A | 0.00 |
| Mendota Farmers Coop Supply | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| Mendota Comm Hospital | 7100-000 | 310.00 | N/A | N/A | 0.00 |
| Mendota Reporter | 7100-000 | 1,036.00 | N/A | N/A | 0.00 |
| Mendota Shopping Guide | 7100-000 | 292.00 | N/A | N/A | 0.00 |
| Yellow Book USA | 7100-000 | 3,995.00 | N/A | N/A | 0.00 |
| Mendota True Value | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| Zales Credit Plan | 7100-000 | 569.00 | N/A | N/A | 0.00 |
| WLPO/WAJK/WKOT | 7100-000 | 987.00 | N/A | N/A | 0.00 |
| Wood True Value | 7100-000 | 354.00 | N/A | N/A | 0.00 |
| Trophy | 7100-000 | 159.00 | N/A | N/A | 0.00 |
| Tri-R Distributing Inc | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| UPS | 7100-000 | 582.00 | N/A | N/A | 0.00 |
| Old Navy | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| WFNNB Gordmans | 7100-000 | 233.00 | N/A | N/A | 0.00 |
| Waste Management | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| The RV Doctor | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| News Tribune Acct. Dept. | 7100-000 | 767.00 | N/A | N/A | 0.00 |
| Hinson Clutch Components | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| Hidden Pictures Playground | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| Hometown Disposal | 7100-000 | 605.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Lakeview Food Shop | 7100-000 | 379.00 | N/A | N/A | 0.00 |
| Insight Business | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| Aramark Uniform Services | 7100-000 | 2,716.00 | N/A | N/A | 0.00 |
| American Marketing & Publishing | 7100-000 | 463.00 | N/A | N/A | 0.00 |
| B & M Motorsports, Inc | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| BRP US Inc | 7100-000 | 290.00 | N/A | N/A | 0.00 |
| Brads Tree Service, Inc | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Leone Polaris, Inc | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Lawns By Doughty | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| Marshall Distributing, Inc | 7100-000 | 245.00 | N/A | N/A | 0.00 |
| Monroe Truck Equipment | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Meriden Street Trailer Sales, Inc. | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Napa Auto & Truck Parts | 7100-000 | 462.00 | N/A | N/A | 0.00 |
| Kohl's Payment Center | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| Hyosung Motors American, Inc | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Interstate Battery Systems Of Central IL | 7100-000 | 347.00 | N/A | N/A | 0.00 |
| CMSI | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Central Radio Group, Inc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| Com Ed Bill Payment Center | 7100-000 | 148.00 | N/A | N/A | 0.00 |
| Convert-A-Ball Dist., Inc | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Contracted Services Of MCH | 7100-000 | 137.00 | N/A | N/A | 0.00 |
| Grassers Plumbing & Heating | 7100-000 | 111.00 | N/A | N/A | 0.00 |
| Country Mutual Ins. Co. C/O Schwulst & Roseberry | 7100-000 | 3,967.00 | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | 879.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 52,997.00 | 327,889.08 | 309,389.08 | 27,655.81 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-03421  
**Case Name:** WILLIS, BRIAN L  
WILLIS, COLENE M  
**Period Ending:** 03/28/10

**Trustee:** (330480)   DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/14/08 (f)  
**§341(a) Meeting Date:** 04/03/08  
**Claims Bar Date:** 04/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 interest in 39 acres of bottom land in Dover | 21,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1/2 interest in business building at 1208 13th A | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | Home located at 4225 E. 4th Rd., Mendota, IL 6 | 210,000.00 | 0.00 | | 35,000.00 | FA |
| 4 | Checking account at First State Bank of Mendota<br>AMENDED BY #27 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Savings account at First State Bank of Mendota<br>AMENDED BY #26 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. furniture and appliances and tools | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Personal effects | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 9 | 401(k) for Brian through Amerifund and 401(k) fo | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | 100 shares (100% owner) of Meriden Street Traile | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | 2000 Concord | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2305 John Deere tractor | 6,500.00 | 0.00 | | 0.00 | FA |
| 13 | Inventory remaining on Meriden Street Trailer Sa | 90,000.00 | 83,300.00 | | 0.00 | FA |
| 14 | Above ground swimming pool | 6,000.00 | 0.00 | | 0.00 | FA |
| 15 | Checking account at First State Bank of Mendota<br>DUPLICATE OF #4 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Savings account at First State Bank of Mendota<br>DUPLICATE OF #5 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Misc. furniture and appliances and tools<br>DUPLICATE OF #6 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Personal effects<br>DUPLICATE OF #7 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Misc. jewelry<br>DUPLICATE OF #8 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 401(k) for Brian through Amerifund ($51,000) and<br>AMENDS # 9 | 161,000.00 | 0.00 | | 0.00 | FA |
| 21 | 100 shares (100% owner) of Meriden Street Traile<br>DUPLICATE OF #10 | 0.00 | 0.00 | | 0.00 | 0.00 |

Printed: 03/28/2010 09:39 PM    V.11.54

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-03421  
**Case Name:** WILLIS, BRIAN L  
WILLIS, COLENE M  
**Period Ending:** 03/28/10

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/14/08 (f)  
**§341(a) Meeting Date:** 04/03/08  
**Claims Bar Date:** 04/17/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 22 | 2000 Concord DUPLICATE OF #11 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 2305 John Deere tractor DUPLICATE OF #12 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Inventory remaining on Meriden Street Trailer Sa DUPLICATE OF #13 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Above ground swimming pool DUPLICATE OF #14 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2 Savings accounts at First State Bank of Mendot AMENDS #5 | 3,932.00 | 0.00 | | 0.00 | FA |
| 27 | Checking account at First State Bank of Mendota AMENDS #4 | 792.00 | 0.00 | | 0.00 | FA |
| 28 | Misc. furniture and appliances and tools audio, DUPLICATE OF #6 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Personal effects DUPLICATE OF #4 | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Misc. jewelry DUPLICATE OF #8 | 0.00 | 0.00 | | 0.00 | FA |
| 31 | 401(k) for Brian through Amerifund ($51,000) and DUPLICATE OF #20 | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 100 shares (100% owner) of Meriden Street Traile DUPLICATE OF #10 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 33 | 2000 Concord DUPLICATE OF #11 | 0.00 | 0.00 | | 0.00 | FA |
| 34 | 2305 John Deere tractor DUPLICATE OF #12 | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Above ground swimming pool DUPLICATE OF #14 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 36 | 1/2 interest in 39 acres of bottom land in Dover DUPLICATE OF 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 37 | 1/2 interest in business building at 1208 13th A DUPLICATE OF 2 | 0.00 | 0.00 | | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-03421  **Trustee:** (330480)  DEBORAH K. EBNER
**Case Name:** WILLIS, BRIAN L  **Filed (f) or Converted (c):** 02/14/08 (f)
WILLIS, COLENE M  **§341(a) Meeting Date:** 04/03/08
**Period Ending:** 03/28/10  **Claims Bar Date:** 04/17/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 38 | e OnHome located at 4225 E. 4th Rd., Mendota, DUPLICATE OF 3 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 39 | 735 ILCS 5 12-1001(b) 3,932.00 DUPLICATE OF 26 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 40 | 735 ILCS 5 12-1001(b) 792.00 DUPLICATE OF 27 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 41 | 735 ILCS 5 12-1001(b) 500.00 DUPLICTE OF 6 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 42 | Checking account at First State Bank of Mendota DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 43 | 735 ILCS 5 12-1001(a) 200.00 DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 44 | Savings account at First State Bank of Mendota i DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 45 | 735 ILCS 5 12-1001(b) 200.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 46 | Misc. furniture and appliances and tools audio, DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 47 | Personal effects DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 48 | Misc. jewelry DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 49 | 401(k) for Brian through Amerifund and 401(k) fo DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 50 | 100 shares (100% owner) of Meriden Street Traile DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 51 | 2000 Concord DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 52 | 2305 John Deere tractor DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 53 | Inventory remaining on Meriden Street Trailer Sa DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 54 | Above ground swimming pool | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-03421  
**Case Name:** WILLIS, BRIAN L  
WILLIS, COLENE M  
**Period Ending:** 03/28/10

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/14/08 (f)  
**§341(a) Meeting Date:** 04/03/08  
**Claims Bar Date:** 04/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | DUPLICATE ASSET |  |  |  |  |  |
| Int | INTEREST (u) | Unknown | N/A |  | 4.55 | FA |
| 55 | Assets   Totals (Excluding unknown values) | $602,124.00 | $83,300.00 |  | $35,004.55 | $0.00 |

**Major Activities Affecting Case Closing:**

Final report approved.  Funds disbursed 11/2009.  Case to be closed.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009       **Current Projected Date Of Final Report (TFR):**   October 6, 2009  (Actual)

Printed: 03/28/2010 09:39 PM     V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-03421  
**Case Name:** WILLIS, BRIAN L  
    WILLIS, COLENE M  
**Taxpayer ID #:** 54-6838931  
**Period Ending:** 03/28/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****92-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/09 | {3} | Brian Willis | Per Court Order of 4/28/09 | 1110-000 | 35,000.00 | | 35,000.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 35,000.47 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 35,001.99 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 35,003.46 |
| 08/24/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 1.09 | | 35,004.55 |
| 08/24/09 | | To Account #********9266 | to close | 9999-000 | | 35,004.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 35,004.55 | 35,004.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 35,004.55 | |
| | | | **Subtotal** | | 35,004.55 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,004.55** | **$0.00** | |

{} Asset reference(s)             Printed: 03/28/2010 09:39 PM    V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-03421 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | WILLIS, BRIAN L | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | WILLIS, COLENE M | | **Account:** | ***-*****92-66 - Checking Account |
| **Taxpayer ID #:** | 54-6838931 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 03/28/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/09 | | From Account #********9265 | to close | 9999-000 | 35,004.55 | | 35,004.55 |
| 09/03/09 | 101 | United States Treasury | Fed tax for Brian Willis | 2810-000 | | 548.00 | 34,456.55 |
| 09/03/09 | 102 | United States Treasury | Fed tax for Colene Willis | 2810-000 | | 548.00 | 33,908.55 |
| 09/03/09 | 103 | Illinois Department of Revenue | IDOR for Brian Willis | 2820-000 | | 372.00 | 33,536.55 |
| 09/03/09 | 104 | Illinois Department of Revenue | IDOR for Colene Willis | 2820-000 | | 372.00 | 33,164.55 |
| 11/20/09 | 105 | Yellow Book USA | Ref # 158899 | 7100-000 | | 352.10 | 32,812.45 |
| 11/20/09 | 106 | Mendota Reporter | Ref # 1428 | 7100-000 | | 92.65 | 32,719.80 |
| 11/20/09 | 107 | Recovery Management Systems Corporation | | 7100-000 | | 520.10 | 32,199.70 |
| 11/20/09 | 108 | Sun-Rys Distributing Corp | Ref # 5684 | 7100-000 | | 28.71 | 32,170.99 |
| 11/20/09 | 109 | Chase Bank USA,N.A | | 7100-000 | | 20.56 | 32,150.43 |
| 11/20/09 | 110 | First State Bank | | 7100-000 | | 2,913.07 | 29,237.36 |
| 11/20/09 | 111 | First State Bank | | 7100-000 | | 2,805.10 | 26,432.26 |
| 11/20/09 | 112 | First State Bank | | 7100-000 | | 18,838.78 | 7,593.48 |
| 11/20/09 | 113 | GE Commercial Finance | Ref # 695049 | 7100-000 | | 1,804.84 | 5,788.64 |
| 11/20/09 | 114 | Roundup Funding, LLC | | 7100-000 | | 279.90 | 5,508.74 |
| 11/20/09 | 115 | Lois West | | 3410-000 | | 1,247.00 | 4,261.74 |
| 11/20/09 | 116 | DEBORAH K. EBNER | | 2100-000 | | 4,250.46 | 11.28 |
| 11/20/09 | 117 | DEBORAH K. EBNER | | 2200-000 | | 11.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 35,004.55 | 35,004.55 | **$0.00** |
| | | | Less: Bank Transfers | | 35,004.55 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 35,004.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$35,004.55** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****92-65** | 35,004.55 | 0.00 | 0.00 |
| **Checking # ***-*****92-66** | 0.00 | 35,004.55 | 0.00 |
| | $35,004.55 | $35,004.55 | $0.00 |

{} Asset reference(s)

Printed: 03/28/2010 09:39 PM     V.11.54